UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.: 2:23-cv-00699-JES-KCD

Antonio Zamora,

    Plaintiff,

v.

Tricorps Security Inc,

    Defendant,
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff Antonio Zamora and Defendant Tricorps Security Inc., by and through their undersigned counsel, hereby file this notice of settlement and advise the Court that the Parties reached a settlement.

Dated: September 19, 2024

Respectfully submitted,

| | |
|---|---|
| /s/Zandro E. Palma | By: /s/ Joann M. Bricker |
| Zandro E. Palma, Esq. | Joann M. Bricker |
| Florida Bar No. 0024031 | Florida Bar No. 338710 |
| zep@thepalmalawgroup.com | jbricker-Employlaw@comcast.net |
| **ZANDRO E. PALMA, P.A.** | Joann M. Bricker, P.A. |
| 9100 S. Dadeland Boulevard | 13105 Holsinger Blvd. |
| Suite 1500 | Jacksonville, FL. 32256 |
| Miami, Florida 33156 | Telephone: (904) 342-2417 |
| Telephone: (305) 446-1500 | *Counsel for Defendants* |
| Facsimile: (305) 446-1502 | |
| *Counsel for Plaintiff* | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated: September 19, 2024.

                                              Respectfully submitted,

                                              **_/s/ Zandro E. Palma_____**
                                              ZANDRO E. PALMA, ESQ.

## SERVICE LIST
### CASE NO.: 2:23-cv-00699-JES-KCD

Joann M. Bricker
Florida Bar No. 338710
jbricker- employlaw@comcast.net
Joann M. Bricker, P.A.
13105 Holsinger Blvd.
Jacksonville, FL. 32256
Telephone: (904) 342-2417
*Counsel for Defendants*

Zandro E. Palma Esq.
ZANDRO E. PALMA, P.A.
9100 S. Dadeland Blvd. Suite 1500
Miami, FL 33156
Telephone: (305) 446-1500
Facsimile: (305) 446-1502
E-mail: zep@thepalmalawgroup.com
*Counsel for Plaintiff*